PETER H. BECKMANN et al., appellants,

*v.*

HOBOKEN BANK FOR SAVINGS, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Hoboken Bank for Savings* v. *Beckmann, 9 Stew. Eq. 83.*

*Mr. Randolph Parmly* and *Mr. Gilbert Collins,* for appellants.

*Mr. Malcolm W. Niven,* for respondent.

PER CURIAM.

This decree unanimously reversed as to the amount of the consideration, and remitted to a master to ascertain the correct amount.

---

EDWIN LISTER, appellant,

*v.*

HANNAH A. LISTER, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Lister* v. *Lister, 8 Stew. Eq. 49.*

*Mr. Wm. H. Francis* and *Mr. J. D. Bedle,* for appellant.

*Mr. Wm. B. Guild, Jr.,* and *Mr. C. Parker,* for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the chancellor.